Erica Loftis, Esq. (SBN 259286)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Secured Creditor,
U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Marta Savic,<br><br>    Debtor. | CASE NO. 21-50192 MEH<br><br>CHAPTER 11<br><br>**STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1885 GUINDA ST. PALO ALTO, CALIFORNIA 94303.**<br><br>Judge M. Elaine Hammond |

1

U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust, ("Secured Creditor"), a secured creditor and a party in interest and Debtor, Marta Savic ("Debtor") by and through their attorneys of record, now enter into the below stipulation to resolve and agree to plan treatment of the real property commonly known as 1885 Guinda St., Palo Alto, California 94303.

## RECITALS

Secured Creditor holds the first lien on the property commonly known as 1885 Guinda St., Palo Alto, California 94303 ("Property") evidenced by a promissory note, which is secured by the Property pursuant to a Deed of Trust.

On February 16, 2021, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California.

As of the date of filing of said bankruptcy case, the total amount of Secured Creditor's claim with regard to the Subject Property was approximately $2,279,307.64.

The parties have conferred and agreed upon the treatment of Secured Creditor's lien secured by the Subject Property for purposes of Debtor's Chapter 11 Plan and those terms are reflected below.

**THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:**

As of 6/30/2021, Secured Creditor has a secured claim in the amount of $2,279,307.64 and agrees to pay the secured claim amount of $2,279,307.64 at a 5.5% fixed interest rate for 30 years with payments calculated at a 360 month amortization schedule, with all amounts due upon the maturity date July 1, 2051.

All amounts still outstanding upon the maturity date under this agreement will be due and owing in full on the maturity date July 1, 2051.

2

The principal and interest payment ("P&I" herein) under these agreed terms is approximately $12,941.66 per month. This amount is approximate, and the formal re-amortization under this agreement will be completed by Secured Creditor after successful confirmation of the Plan of Reorganization that incorporates same.

The Debtor will be responsible for taxes and insurance and the account will not be escrowed. Debtor is aware these amounts may fluctuate and is responsible to provide proof of insurance and pay all necessary taxes.

**The first payment under this agreement is due 7/01/2021 in the amount of $12,941.66 per month.** Debtor agrees to make payments in this amount until the permanent loan adjustments are made and post confirmation mortgage statement is sent out reflecting the new loan terms and monthly payment amount. Debtor agrees to pay the amounts reflected in those statements.

In addition to being responsible for all taxes and insurance moving forward, the Debtor is responsible to pay all taxes that become due in November 2021 and property insurance proceeds due February 2022.

Payments shall be made directly to Secured Creditor, **Rushmore Loan Management, P.O Box 52708, Irvine, California 92619** with reference to the last four digits of the Loan Number 0707, or as otherwise directed.

All other terms of the Deed of Trust and Note not directly altered by this agreement will remain in full force and effect.

All other terms of the Deed of Trust and Note not directly altered by this agreement will remain in full force and effect.

Secured Creditor shall have relief from the automatic stay as to the Subject Property upon entry of this order approving the stipulation. Secured Creditor can proceed under the terms of

the Note and Deed of Trust at any point after the order.

In the event of a default on payments to Secured Creditor under the terms of this stipulation, Secured Creditor shall may proceed pursuant to the terms of the underlying Note and Deed of Trust, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, without further Court Order or proceeding being necessary. Any and all default provisions included in Debtor's Chapter 11 Plan are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this stipulation.

Debtor agrees to incorporate the above agreed terms of lien treatment into any and all existing and future proposed Chapter 11 Plans and, if any terms in Debtor's Chapter 11 Plan conflict with the terms of this stipulation the terms of this stipulation will control. In the event that Debtor's Chapter 11 Plan does not reflect the language of this stipulation it will be incorporated into the confirmation order through exact language, attachment of a copy of the stipulation, or by reference of the filed stipulation with docket number.

Secured Creditor agrees to vote for Debtor's Chapter 11 Plan provided it reflects the agreed plan treatment contained in this stipulation, or the terms of the stipulation are incorporated into the confirmation order through exact language, attachment of a copy of the stipulation, or by reference of the filed stipulation with docket number.

Dated: June 18, 2021          GHIDOTTI | BERGER LLP

/s/ Erica Loftis
Erica Loftis, Esq.
Attorney for Secured Creditor

Dated: June 27, 2021

Marta Savic
Debtor in pro per

Erica Taylor Loftis Pacheco, Esq. (SBN 259286)
Merdaud Jafarnia, Esq. (SBN 217263)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Secured Creditor
U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Marta Savic,<br><br>    Debtor. | CASE NO.: 21-50192 MEH<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE FOR STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY**<br><br>Judge: M. Elaine Hammond |

# CERTIFICATE OF SERVICE

On June 29, 2021, I served the foregoing documents described as Stipulation For Plan Treatment on First Lien Secured By Real Property on the following individuals by electronic means through the Court's ECF program:

TRUSTEE
Christopher Hayes                 chayestrustee@gmail.com

US TRUSTEE
US Trustee                        USTPRegion17.SJ.ECF@usdoj.gov

COUNSEL FOR US TRUSTEE
Trevor Ross Fehr                  trevor.fehr@usdoj.gov
Marta Villacorta                  marta.villacorta@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On June 29, 2021, I served the foregoing documents described as Stipulation For Plan Treatment on First Lien Secured By Real Property on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

PRO SE DEBTOR
Marta D Savic
1885 Guinda St
Palo Alto, CA 94303

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll