UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Marta Savic,<br><br>Debtor. | CASE NO. 21-50192<br><br>D.P.<br>~~DECLARATION OF DEBTOR IN SUPPORT~~<br>OF MOTION TO ISSUE A STAY OR VACATE THE COURT ORDER TO TURNOVER OF PROPERTY AND THE WRIT OF ASSISTANCE TO THE UNITED STATES MARSHALS SERVICE<br><br>Judge Elaine Hammond |

FILED APR 21 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Marta D. Savic, declare as follows in support of the motion to issue a stay or vacate the court order to turnover of property and the writ of assistance to the United States Marshals service. The matters set forth herein are based on verified documents already submitted and entered on the Docket.

1. I filed my petition for Chapter 11 relief on February 16, 2021.

2. On November 19, 2021, the Court issued the Order to dismiss my Chapter 11 petition and to convert to Chapter 7 per applications and declarations from the Trustee. I, the Debtor, was never

informed by the Trustee about the above-mentioned applications and declarations and thus did not have chance to testify to the Court that proper financial documents were already submitted to the Trustee.

3. The Court has now on the Docket this new information on all financial documents submitted by me, the Debtor, to the Trustee before November 18, 2021. These financial documents include tax documents, profit and loss statements and proper income verifications – and they were not disclosed to the Court by the Trustee.

4. There is a current ongoing appeal to the above order with U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP No: NC-22-1060).

5. I am in the process filing a federal lawsuit for injurious falsehoods by the Trustee that poisoned this bankruptcy case and created significant liabilities for various financial and health injuries.

6. The possible financial injury to the estate is around $2,599,175 from the equity and additional around $4,419,298 from my investment company profit (accessible on July 14, 2022).

7. The potential health injuries are life-threatening. I am wheelchair-bound and immunocompromised, and currently with a long-term Covid-19 diagnosis.

8. The Trustee (the same person for Chapter 11 and Chapter 7) submitted a number of order applications and declarations to the Court without ever informing me, the Debtor.

9. On around December 7, 2021, the Trustee filed an *ex parte* application and a supporting declaration for the Order to turn the property. I, the Debtor, was never informed about this and never had a chance to testify to the Court that there were no telephone calls and no mail communications from the Trustee.

10. I respectfully request that this Honorable Court extend the stay as of turning the property in 1885 Guinda Street, Palo Alto. This will allow the Justice a chance to finally hear the Debtor arguments

1 and facts. This will also prevent unreversible financial and health injuries to the Debtor until this
2 case is resolved by the Courts.
3 I declare under penalty of perjury under the laws of the United States of America and the State of California
4 that I have personal knowledge of the foregoing, that the forgoing is true and correct.
5 Executed this 21th day of April 2022, in Palo Alto California.

/s/ Marta Savic

Marta Savic, Debtor in pro per