UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
MAY 12 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) CASE NO. 21-50192
)
Marta Savic, )
)
) MOTION TO CHALLENGE UNCLEAN
Debtor. ) HANDS OF THE TRUSTEE FOR THE
) EXISTING CHAPTER 7
)
)
) Judge Elaine Hammond
)
)
)
)
)
)
)

---

I, Marta D. Savic, declare as follows:

1. On May 12, 2022 I have received by courtesy of Charles Maher a copy of the Order Denying Motion to Stay or Vacate, signed by the Honorable Judge M. Elaine Hammond on May 11, 2022.

2. I recognize and admit that I failed to file a plan of reorganization within the time set by the Court. I accept consequences of this failure and will not contest the Chapter 7 conversion.

1

3. However, except the above failure, the Statement filed by Christopher Hayes on October 13, 2021, is completely false (False Statement). Christopher Hayes served as Chapter V Trustee during this period.

4. The False Statement states "Failure to provide financial information requested by the Subchapter V Trustee including state and federal tax returns, profit and loss statement, balance sheet, or proper income verification"

5. As stated, and documented to the Court, Cristopher Hayes, the Subchapter V Trustee at the time, did receive well before October 13, 2021, substantial number of documents that did address the alleged failure to provide. All requested financial information, as stated above (4.), Was addressed with submitted documents.

6. I declare under penalty of perjury under the laws of the United States of America and the State of California that all my statements above (1-5) are true and correct.

7. The Subchapter V Trustee never denied or objected to my allegation of the False Statement. He allowed that the False Statement propagates through many following Court's orders and documents.

8. The False Statement is an act of alleged perjury by the Court's appointed Officer.

9. Until now, the Court did not address my serious allegation, although I have raised this issue by filing many evidence documents and several motions.

10. Nobody should be allowed to file false statements to the Courts of the United States – and not to correct it when challenged.

11. The Court cannot allow a perjury in the proceedings. This clearly violates my individual rights.

12. Christopher Hayes, at minimum, has Unclean Hands, and cannot serve as the Trustee for my converted Chapter 7.

13. I am requesting from the Court to replace the Trustee for Chapter 7.

14. My property at Guinda Street, Palo Alto, cannot be put in hands of the current, compromised Trustee.

15. The existing Writ should be immediately stayed.

16. I am committed to help all required steps that the new Trustee will require.

17. I will not challenge the conversion to Chapter 7 and I will follow promptly all Court Orders.

Executed this 12th day of May 2022, in Palo Alto California.

*/s/ Marta Savic*

/s/ Marta Savic

Marta Savic, Debtor in pro per