Entered on Docket
July 07, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUN 16 2022

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: <br><br> MARTA D. SAVIC, <br><br> Debtor. <br><br> MARTA D. SAVIC, <br><br> Appellant, <br><br> v. <br><br> CHRISTOPHER HAYES, Chapter 7 Trustee, <br><br> Appellee. | BAP No. NC-22-1060 <br><br> Bk. No. 21-50192 <br><br><br><br><br><br> **ORDER DISMISSING APPEAL** |

Before: GAN, SPRAKER, and BRAND, Bankruptcy Judges.

On March 18, 2022, pro se debtor Marta Savic filed a notice of appeal from two orders: (1) a November 19, 2021, order converting the case to Chapter 7 and (2) a December 7, 2021, order compelling compliance with 11 U.S.C. §§ 521(a)(3) and (4) and compelling turnover of real property. Bankruptcy Court Docket at 81 (Notice of Appeal), 52 (Conversion Order), and 65 (Order Compelling Compliance With 11 U.S.C. Section 521(a)(3) and (4) And Compelling Turnover of Property Under 11 U.S.C. Section 542(a)).

Since the notice of appeal did not appear timely filed, the BAP issued a Notice of Deficient Appeal and Impending Dismissal ("NOD") and

required a response from appellant. Appellant filed a response on April 7, 2022, and an addendum to the response on April 20, 2022. The Panel has received and considered the papers filed by appellant as well as the appellate file.

In the response, appellant submits that the appeal should proceed since she did not receive notice of the entry of the orders on appeal. We disagree. Lack of notice of the entry of the orders on appeal does not affect the time to appeal, relieve the parties of the obligation to monitor the docket, or authorize the court to relieve a party who did not file a timely appeal. *See* Fed. R. Bankr. P. 9022, *Key Bar Invs., Inc. v. Cahn (In re Cahn)*, 188 B.R. 627, 632 (9th Cir. BAP 1995).

The notice of appeal was filed after the expiration of the fourteen-day deadlines imposed by Federal Rule of Bankruptcy Procedure 8002(a) and 28 U.S.C. § 158(c). A timely filed notice of appeal is jurisdictional. *See Wilkins v. Menchaca (In re Wilkins)*, 587 B.R. 97, 106 (9th Cir. BAP 2018). Since the notice of appeal was filed beyond the 14-day deadline with respect to each of the orders on appeal, the notice of appeal was not timely filed.

Accordingly, the appeal is hereby ORDERED DISMISSED as untimely.



BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:

Susan M. Spraul, Clerk
Cecil L. Silva Jr.
by Deputy Clerk    DATE: 7/7/2022