Entered on Docket
March 08, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Christopher Hayes,
Chapter 7 Trustee

The following constitutes the order of the Court.
Signed: March 8, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re

MARTA D. SAVIC
   *aka* MARTA SAVIC
   *aka* MARTA DRAGUTIN SAVIC,

Debtor.

Case No. 21-50192 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING SALE OF REAL PROPERTY
AND PAYMENT OF REAL ESTATE COMMISSION
(1885 Guinda Street, Palo Alto, California)**

    Based on the request of Christopher Hayes, Chapter 7 Trustee, the supporting declaration of counsel, and the certificate of no objection, and it appearing that notice has been adequate, that no objections have been filed or served, that no overbid was received, that the property described below is property of the estate as disclosed in the Debtor's Schedule A and community property as reflected in the Official Records of Santa Clara County and therefore property of the bankruptcy estate under 11 U.S.C. § 541(a)(2) which the Trustee may sell, and it further appearing that good cause exists, it is

    ORDERED as follows:

1. The Trustee is authorized to sell to Eric Gordon or his designee the real property commonly known as 1885 Guinda Street, Palo Alto, California (the "Property"), for $3,799,000. The Legal Description of the Property is as follows:

For APN/Parcel IDs : 003-56-068

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF PALO ALTO, COUNTY OF SANTA CLARA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

THE NORTHWESTERN 55 FEET, FRONT AND REAR MEASUREMENTS OF LOT 13 AND THE SOUTHEASTERN 5 FEET, FRONT AND REAR MEASUREMENTS OF LOT 12, IN BLOCK 140, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "TRACT NO. 37 EMBARCADERO OAKS, NO. 2", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON FEBRUARY 24, 1936 IN BOOK 1 OF MAPS, AT PAGE 17

2. The Trustee or any escrow officer acting at his instruction is authorized to pay current and delinquent property tax and ordinary costs of sale.

3. The Trustee or any escrow officer acting at his instruction is authorized to pay amounts secured by the deed of trust recorded on June 25, 2007, in the Official Records of Santa Clara County as Instrument No. 19481661.

4. The Trustee or any escrow officer acting at his instruction is authorized to pay amounts secured by the judgment lien in favor of Equable Ascent Financial recorded on August 8, 2011, in the Official Records of Santa Clara County as Instrument No. 21269729.

5. The Trustee or any escrow officer acting at his instruction is authorized to pay amounts secured by the judgment lien in favor of Jennifer Jan Kirkley recorded on January 30, 2014, in the Official Records of Santa Clara County as Instrument No. 22508840.

6. The Trustee or any escrow officer acting at his instruction is authorized to pay a real estate commission equivalent to five percent of the gross sale price and the commission shall be

divided between the buyer's broker and the Trustee's brokers as follows: 2.5 percent to buyer's broker, 1.25 percent to RE/MAX Gold, and 1.25 percent to Decker Bullock Dreyfus, Inc., *dba* Golden Gate Sotheby's International Realty.

7. The Trustee or any escrow officer acting at his instruction is further authorized to reimburse Nathan Genovese of RE/MAX Gold up to $10,000 for sums actually advanced in connection with the sale, including removal and storage of tangible personal property from the Property.

8. The Trustee is authorized to take those steps and execute those documents he deems necessary to complete the sale in conformity with his January 23, 2023, notice to creditors.

*** END OF ORDER ***

*** COURT SERVICE LIST ***

No Court service required.